**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 04-cr-00187-9-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

9.      MANUELITO GARCIA, a/k/a "Manuel Garcia",

        Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will further confirm that a supervised release violation hearing regarding Defendant Garcia is set **Wednesday, April 6, 2011 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

DATED: February 16, 2011
_____